UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTOPHER A. GRIFFIN** and
**LEONOR GRIFFIN,**

                Plaintiffs,

                                             No. 2:13-cv-10002

vs.                                    Hon. Gerald E. Rosen

**JPMORGAN CHASE BANK, N.A.,**
**UNKNOWN TRUSTEE,** as the Trustee of the
asset-backed security in which the loan at issue
was pooled; and **UNKNOWN TRUST,** the
unknown asset-backed security in which the loan
was pooled,

                        Defendants.

_____/

## JUDGMENT

The Court having this date entered an Opinion and Order Granting Defendant's Motion to Dismiss and dismissing Plaintiffs' Amended Complaint, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT of DISMISSAL, with prejudice, be, and hereby is, entered.

Dated:  December 16, 2013        s/Gerald E. Rosen_____
                                     GERALD E. ROSEN
                                     CHIEF, U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 16, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, 313-234-5135